NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

IRVIN SIMMONS, DOC #S02094,          )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D18-4216
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____    )

Opinion filed August 14, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Edward Nicholas, Judge.


PER CURIAM.

          Affirmed.


KELLY, LUCAS, and SALARIO, JJ., Concur.